IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | CASE NUMBER: 4:16CB3004 |
|---|---|
| Plaintiff, | VIOLATION A13 3186335 |
| vs. | |
| SHAWN A. SELPH | PRO SE |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
(For a CVB violation)

**THE DEFENDANT** pleaded guilty to violation A13 3186335 on 05/16/2016.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|
| USC 18 TITLE 13 USC VA REGULATION 1-218(b)(ii) - DISORDERLY CONDUCT | 3/14/2016 | A13 3186335 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
May 16, 2016

*s/ Cheryl R. Zwart*
United States Magistrate Judge

May 18, 2016

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $10.00 + $25.00 processing fee | $240.00 | $250.00 |

## FINE

A Fine in the amount of $240.00, Special Assessment of $10.00, and Processing Fee of $25.00 are imposed.

## RESTITUTION

Restitution in the amount of $250.00 is hereby ordered. The defendant shall make restitution to the following payees in the amounts listed below.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Department of Veterans Affairs Attn: Agent Cashier 500 N. Highway 89, Building 117 Prescott, AZ 86313. | $250.00 | $250.00 | 100% |
| **Totals** | $250.00 | $250.00 | 100% |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay; payment of the total criminal monetary penalties shall be due as follows:

Payment of **$250.00** for restitution due 6/3/2016 **the Clerk of the U.S. District Court, 100 Centennial Mall North, Room 593, Lincoln, NE 68508.**

Payment of **$35.00** for special assessment and processing fee, due 6/3/2016 **to the Central Violation Bureau, P.O. Box 71363, Philadelphia, PA, 19176-1363.**

Payment of **$80.00** toward fine, due 7/15/2016 **to the Central Violation Bureau, P.O. Box 71363, Philadelphia, PA, 19176-1363.**

Payment of **$80.00** toward fine, due 8/15/2016 **to the Central Violation Bureau, P.O. Box 71363, Philadelphia, PA, 19176-1363.**

Payment of **$80.00** toward fine, due 9/15/2016 **to the Central Violation Bureau, P.O. Box 71363, Philadelphia, PA, 19176-1363.**

**NOTE**: The August and September fine payments will be set aside if the defendant provides documentation from his alcohol treatment program or treatment counselor which states the defendant is fully engaged in his treatment program and is remaining sober. This documentation must show a two-month record of sobriety and be received by the court and the US Attorney by August 8, 2016.

___

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk